IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR20** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **NICOLE PAYER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on a third party's request for a transcript (Filing No. 53).

The request for a transcript of the sentencing hearing held on November 28, 2011, is granted, provided the third party contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3129, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript.

IT IS ORDERED that the third party's request for a transcript (Filing No. 53) is granted under the conditions described above.

DATED this 19th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge